**IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| SHELDON PETERS WOLFCHILD, et al., Plaintiffs/Cross-Appellants, vs. UNITED STATES, Defendant/ Appellants | Appeal Nos. 2012-5035, 2012-5036 and 2012-5043<br>Appeals From: COFC 01-568L, and COFC 03-2684L Hon. Charles F. Lettow |

RECEIVED
MAY 11 2012
United States Court of Appeals For The Federal Circuit

**PLAINTIFF AND PLAINTIFF-INTERVENOR-CROSS APPELLANTS' REPLY TO SHELDON PETERS WOLFCHILD, ET AL. PLAINTIFFS-CROSS APPELLANTS' OPPOSITION TO PLAINTIFF-INTERVENORS' JOINT MOTION TO CORRECT THE OFFICIAL CAPTION AND MEMORANDUM IN SUPPORT**

Comes Now, Cross-Appellants Plaintiff and Plaintiff – Intervenor groups Julia DuMarce, Harley Zephier, Sr., Victoria Robertson-Vadnais et al. ("Robertson-Vadnais Group"), Renaud John Does (aka Blair John Does or Does 1-433), Walker John Does 1-30, Enyard Group, Kitto Group, Abrahamson, Mozak, Felix, Coursolle, Prescott, Rocque and Taylor Groups, Stephens, Cermak, Henderson, Klingberg, Alkire, Arnold and Godoy Plaintiffs, Burley Plaintiffs, Cournoyer, Robinette, Kimbell, French and Wanna Plaintiffs ("Plaintiffs – Intervenors"), by and through their below-referenced counsels of record, and, pursuant to Federal Rules of Appellate

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAY 11 2012
JAN HORBALY
CLERK

94

Procedure 26(c), and 27(a)(4) and Federal Circuit Rule 27(a) and (c), respectively, hereby collectively reply to the Wolfchild et al. Plaintiffs-Cross Appellants' May 1, 2012 (received by mail on May 4, 2012) Memorandum in Opposition to Plaintiff-Intervenor-Cross Appellants Motion to Correct the Caption as follows:

1. As a preliminary matter, the Plaintiff-Intervenor-Cross Appellants' use of the phrase "leadership activities" was correctly identified as being used to specifically refer to "the single act of filing cross-appeals on behalf of their clients." (Wolfchild Opposition Br. at 2).

The Motion was not intended nor otherwise attempted to cast aspersions on the very capable overall leadership by the Wolfchild Plaintiffs in the underlying case before the Court of Claims or in the Federal Circuit.

The specific intent of the Motion was to show that the official caption did not contain the names of several Plaintiff-Intervenors and their respective counsel, notwithstanding endorsement of the Plaintiffs' and counsels' names on the notice of appeal and payment of the filing fee by counsel not listed in the official caption.

2. The Plaintiff-Intervenor Cross Appellants submit that the Wolfchild Plaintiff-Cross Appellants are incorrect in their assertion that the official caption is in compliance with Federal Rule of Appellate Procedure 12(a).

(Wolfchild Opposition Br. at 2). Their later assertion that the "present official caption more than properly identifies for the court the *relevant* appellant and cross-parties" is likewise incorrect. (Emphasis added)

The official caption does not indentify *all* Cross Appellants or their counsel. The Court of Claims' underlying judgment (Doc. # 1094, August 5, 2011, as corrected August 18, 2011, *reconsideration denied*), was granted "in the favor of the plaintiffs [Wolfchild Plaintiffs et al.] and plaintiff-intervenors on the use restriction claims." The Court's judgment, as corrected, was not solely granted to the Wolfchild Plaintiff-Cross Appellants. Consequently, it is imperative for according full justice that *all* Plaintiff-Intervenor-Cross Appellants and their respective counsel be included in the official caption.

The result of correcting the official caption would not result in "more confusion," but meet the ends of doing justice.

3. The Wolfchild Plaintiffs technical objection regarding absence of a "verses" designation is misplaced. (Wolfchild Br. at 2). The Movants utilized the format of the "official caption" on the Court's website in the suggested caption. However, if the Court or the Clerk wishes to include the designation in the official caption, Movants would ask that the designation be included by interlineation.

4. The undersigned has actual authority limited to this Reply to represent that all Plaintiff-Intervenor-Cross Appellants and their counsel join in this Reply and signs on their behalf. See Fed. Cir. Rule 47.3.(d).

WHEREFORE, the Plaintiff-Intervenor-Cross Appellants renew their Motion to Correct the Official Caption to specifically include all appealing Plaintiff-Intervenors-Cross Appellants and their respective counsel as set forth in their earlier Motion and its reply herein for these and for such other reasons as the Court and/or the Clerk deem just and proper.

Declaration

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that I possess the actual authority to sign this Reply for all Plaintiff-Intervenor-Cross Appellants counsels of record and such statement is true and correct.

Respectfully Submitted,

R. Deryl Edwards MO# 48277
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962 (Telephone)
(417) 624-1965 (Facsimile)
rde417@hotmail.com
FOR THE PLAINTIFF-INTERVENOR-CROSS APPELLANTS AND THE ATTORNEY FOR THE ROBERTSON-VADNAISPLAINTIFF-INTEVENOR CROSS-APPELLANTS

s/ Gary J. Montana
Gary J. Montana
Montana & Associates
N. 12923 N. Prairie Rd.
Osseo, WI 54758
Telephone No. 715.597.6464
ATTORNEY JULIA DUMARCE GROUP
GROUP B PLAINTIFF COORDINATOR

s/ Robin L. Zephier
Robin L. Zephier
ABOUREZK & ZEPHIER, P.C.
P.O. Box 9460
Rapid City, SD 57709
(605) 342-0097
ATTORNEY FOR ZEPHIER
PLAINTIFFS

s/ Barry Hogan
Barry Hogan
Attorney, CPCU
RENAUD COOK DRURY
MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
ATTORNEY FOR THE RENAUD
JOHN DOES

s/ Randy V. Thompson
Randy V. Thompson, #122506
Robert J. Leighton, Jr., #220735
710 Lawson Commons
380 St. Peter Street
St. Paul, MN 55102
Telephone: 651-227-6661
Fax: 651-287-0005
ATTORNEYS FOR
PLAINTIFF/INTERVENORS

s/ Scott A. Johnson
Scott A. Johnson (#124606)
Todd M. Johnson (# 52061)
JOHNSON LAW GROUP, LLC
10580 Wayzata Blvd., Suite 250
Minnetonka, MN 55305
ATTORNEYS FOR THE FELIX, COURSOULLE, PRESCOTT AND TAYLOR GROUPS OF PLAINTIFFS

s/ Jack Pierce
Jack E. Pierce
Bernick Lifson, P.A.
5500 Wayzata Blvd.,
Suite 1200
Minneapolis, MN 55416
(763) 546-1200
Fax: (763) 546-1003
Email: jpierce@bernicklifson.com
ATTORNEY FOR THE GODOY ET AL. INTERVENOR PLAINTIFFS

s/ Larry B. Leventhal
Larry B. Leventhal
Larry Leventhal & Associates
319 Ramsey Street
St. Paul, MN 55102
(612) 333-5747
Fax: (612) 344-1126
Email: lleven6001@aol.com
ATTORNEY FOR THE INTERVENOR BURLE PLAINTIFFS

s/ Creighton Thurman
Creighton A. Thurman
Creighton A. Thurman, Attorney at Law
P.O. Box 897
Yankton, SD 57078
(605) 260-0623
Fax: (605) 260-0624
Email: thurmanlaw@iw.net
ATTORNEY FOR THE COURNOYER, ROBINETTE, KIMBELL AND WANNA ET AL. INTERVENOR PLAINTIFFS

Form 9

**FORM 9. Certificate of Interest**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Sheldon Peters Wolfchild, et al. v. United States

No. 2012-5036 et al.

**CERTIFICATE OF INTEREST**

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Cross Appellant Robertson-Vadnais Group certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

See Attached List

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

See Attached List

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☐ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

R. Deryl Edwards, Jr.

5-10-12
Date

Signature of counsel

Royce D Edwards, Jr.
Printed name of counsel

Please Note: All questions must be answered

cc: __________

## CERTIFICATE OF INTEREST-QUESTIONS 2-3

## NAMES OF ALL PARTIES IN INTEREST: ROBERTSON-VADNAIS GROUP OF PLAINTIFF-INTERVENOR-CROSS APPELLANTS

1. Dakota (Seaboy) Azure
2. Danae Azure
3. Nevaeh Azure
4. Phalen Azure
5. Royal Azure
6. Tatiana Azure
7. Val Azure
8. Val Azure Jr.
9. Venique Azure
10. Vincent Azure
11. Alex Cloud
12. Blaze Cloud
13. Cistinah Cloud
14. David cloud Jr.
15. Denise Cloud
16. Hotanka Cloud
17. Muriel Cloud
18. Tate Cloud
19. Maraeh Good Buffalo
20. Nathaniel Good Buffalo
21. Reese Good Buffalo
22. Sage Keoke
23. Wade Keoke
24. Chad MacConnell
25. Charles MacConnell
26. Christian MacConnell
27. Clifford MacConnell
28. Crystal MacConnell
29. Edith MacConnell
30. George MacConnell
31. Shirley MacConnell
32. Tristan MacConnell
33. Wesley MacConnell
34. Kiara MacConnell

35. Morning Star Owen
36. Clifford Poor Thunder
37. Shane Poor Thunder
38. Karen Robertson
39. Jynavi Rodriguez
40. Billy Jo Seaboy
Racine (Azure)
41. Aaron Azure
42. Olive Robertson
43. Danielle Corwin
44. Tara Corwin
45. Jason Gatrell
46. Jordan Gatrell
47. Logan Hesch
48. David Huberty
49. Madison Paffel
50. Kayla Pearson
51. Hayley Roberts
52. Eugene Robertson
53. Jane Robertson
54. Thomas Robertson
55. Victoria Robertson
56. William Robertson
57. Allesha Vadnais
58. Angelina Vadnais
59. Anna Vadnais
60. Ashley Vadnais
61. Daniel Vadnais
62. Daniel Vadnais
63. Emma Vadnais
64. Eugenia Vadnais
65. Hunter Vadnais
66. Joseph Vadnais
67. Lisa Vadnais
68. Olivia Vadnais
69. Sheri Vadnais
70. Terence Vadnais
71. Terri Vadnais
72. Theodore Vadnais

73. Theodore Vadnais
74. Vincent VanTassell

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| SHELDON PETERS WOLFCHILD, et al., Plaintiffs/Cross-Appellants, vs. UNITED STATES, Defendant/ Appellants. | Appeal Nos. 2012-5035, 2012-5036 and 2012-5043 — Appeals From: COFC 01-568L, and COFC 03-2684L Hon. Charles F. Lettow |

**PLAINTIFF-INTERVENOR/CROSS-APPELLANTS' CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2012, I directed that a true and correct copy of the Plaintiff-Intervenor-Cross Appellants Reply to the Plaintiff Wolfchild Cross Appellants Objection to Plaintiff-Intervenor-Cross Appellants' Motion to Correct the Caption be served on the following counsel and interested parties by email or by United States Mail, postage prepaid and depositing same at the postal facilities in Joplin, Missouri:

Aaron P. Avila, Attorney
U.S. Department of Justice
ENRD Appellate Section
PHB Mailroom 2121
601 D. Street, N.W.
Washington DC 20026

Jody Schwarz
U.S. Department of Justice
General Litigation Section
ENRD
601 D. Street, N.W.
Washington DC 20026

Kelly Stricherz, Esq.
PO Box 187
Vermillion, SD 57069

Garrett Horn, Esq.
PO Box 886
Yankton, SD 57078

Creighton A. Thurman, Esq.
PO Box 897
Yankton, SD 57078
Elizabeth Walker, Esq.
Walker Law LLC
824 King Street, Suite 129
Alexandria, VA 22314

Wood Foster, Esq.
Siegel, Brill, Greupner, Duffy & Foster
1300 Washington Square
100 Washington Avenue South
Minneapolis, MN 55401

Douglas R. Kettering
Kettering Law Office
714 Douglas Ave.
Yankton, SD 57078

Barry P. Hogan
Renaud, Cook, et al.
1 North Central Avenue, Suite 900
Phoenix, AZ 85004

Gary J. Montana, Esq.
12923 N. Prairie Rd.
Osseo, WI 54758

Phillip W. Morgan, Esq.
758 7th St
Britton, SD 57430

Brian L. Radke, Esq.
Radke Law Office, PC
3500 S. 1st Ave. Circle, Suite 201
Sioux Falls, SD 57105

Sam Killinger, Esq.
522 4th St. Suite #300
Sioux City IA 51101

Robin L. Zephier, Esq.
PO Box 9460
Rapid City, SD 57709
Larry B. Leventhal
Larry Leventhal & Associates
319 Ramsey Street
St. Paul, MN 55102

Nicole Nachtigal Emerson, Esq.
Lynn, Jackson, Schultz, & Lebrun
PO Box 2700
141 North Main Ave Suite 900
Sioux Falls SD 57101-3020

Scott A. Johnson, Esq.
Johnson Law Group, LLP
10580 Wayzata Boulevard, Suite 250
Minnetonka, MN 55305

Randy V. Thompson, Esq.
5001 American Blvd. West
Ste. 595
Bloomington, MN 55437

Jack Pierce
6040 Earle Brown Dr., Suite 420
Minneapolis, MN 55430

Bernard Rooney, Esq.
84 Park Avenue
Larchmont, NY 10538

Lawrence H. Crosby, Esq.
2277 Highway 36W
Suite 234E
St. Paul, MN 55113-3808

Francis Elaine Felix
PO Box 141232
Minneapolis, MN 55414

Eric G. Kaardal
Mohrman & Kaardal, P.A.
33 South Sixth St., Suite 4100
Minneapolis, MN 55402

Phillip Baker-Shenk
Holland & Knight, LLP.
2099 Pennsylvania Ave. NW Suite 100
Washington DC 20006

John L. Smeltzer
United States Department of Justice
Environmental & Natural Resources Division
Appellate Section
P.O. Box 7415
Washington, D.C. 20044

R. Deryl Edwards, Jr.
May 1, 2012

R. DERYL EDWARDS, JR.
ATTORNEY AT LAW
606 S. PEARL
JOPLIN, MO 64801

LICENSED IN:
MISSOURI
KANSAS

(417) 624-1962
FAX: (417) 624-1965
DERYL@DEDWARDSLAW.COM

May 10, 2012

Federal Circuit Clerk/Executive
United States Court of Appeals
For the Federal Circuit
Howard T. Markey National Courts Building
717 Madison Place, N.W.
Washington, D.C. 20439

RECEIVED
MAY 11 2012
United States Court of Appeals
For The Federal Circuit

Re: *Wolfchild et al., v. United States*
Circuit Case Nos.: 2012-5035,
2012-5036 and 2012-5043
Plaintiff-Intervenor-Cross Appellants' Reply to Plaintiff-Cross Appellants' Wolfchild Opposition

**BY OVERNIGHT FEDERAL EXPRESS**

Dear Clerk,

Please find enclosed herein the original and five copies of the Plaintiff-Intervenor-Cross-Appellant's Reply to the Wolfchild Plaintiff-Cross Appellants' Opposition to our Motion to Correct the Caption for parties Julia DuMarce, Harley Zephier, Sr., Robertson-Vadnais Group, Renaud John Does, anonymous Blair Plaintiffs, anonymous Walker Plaintiffs, Enyard Group et. al, Kitto Group et al., Burley, Abrahamson, Mozak, Cournoyer, Robinette, Kimbell, French and Wanna and others. Please immediately file this Reply and return a file-stamped copy of the Reply to the above counsel.

If you have any questions, please do not hesitate to contact me. Please also feel free to contact me on my cell phone – (417) 483-0538. Thank you in advance for your assistance.

Very Truly Yours,

R. Deryl Edwards, Jr.

Encl: Reply; Certificate of Interest; Certificate